# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0908

VERSUS

DAVID BROOKS, JR.

**JULY 22, 2026**

---

In Re: David Brooks, Jr., Rilonda R. Brooks, and Johnnie Hicks, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, Nos. 767-24C; 768-24C; 769-24C.

---

**BEFORE: PENZATO, GREENE, AND FIELDS, JJ.**

**STAY LIFTED. WRIT DENIED.**

**AHP**
**HG**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT